UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ENTERPRISE-MAC, LLC, a California Limited Liability Company; HOSE & FITTINGS, ETC. L.P., a California Limited Partnership; HOSE & FITTINGS, ETC., INC., a California Corporation; and Does 1-10,<br><br>　　　　　Defendants. | Case: 2:14-CV-01463-WBS-EFB<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON** |

**ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated:  October 10, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE